UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Udd, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>City of Phoenix,<br><br>　　　　　Defendant. | No.  CV-18-01868-PHX-JJT<br><br>**ORDER** |

　　　Before the Court is the parties' Joint Motion to Approve Settlement Agreement and Stipulation to Dismiss Claims with Prejudice (Doc. 106). Good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Approve Settlement Agreement and Stipulation to Dismiss Claims with Prejudice (Doc. 106) and approving the settlement agreements of Plaintiff Darren Udd and Opt-In Plaintiffs Cristie Eisentraut and Jeanette Butcher (*See* Docs 38, 42);

　　　**IT IS FURTHER ODERED** dismissing this matter with prejudice, the parties to bear their own attorneys' fees and costs; and

　　　**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

　　　Dated this 26th day of April, 2022.

　　　　　　　　　　　　　　　　　　John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge